CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA. 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Hector Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR PEREZ and FLAVIO PEREZ<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:25-CR-146-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 25, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on August 25, 2025.

2. By this stipulation, defendants now move to continue the status conference until **October 20, 2025 at 10:00 a.m.,** and to exclude time between August 25, 2025, and October 20, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) This case was indicted on June 12, 2025. ECF 1.

   b) Defendant Hector Perez made his Initial Appearance and was arraigned on June 18, 2025; defendant Flavio Perez made his Initial Appearance and was arraigned on June 20, 2025. ECF 9, 14.

   c) Counsel for defendant Hector Perez substituted into the case on August 14, 2025.

1

ECF 23.

        d)      The government has produced approximately 50 gigabytes of discovery in this matter. However, due to attorney Fields' recent entrance in the case, she has not yet entered into the Protective Order regarding discovery and, as a result, has not yet received any discovery.

        e)      Counsel for defendants desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case.

        f)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        g)      The government does not object to the continuance.

        h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2025 to October 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 16, 2025                      /s/ CANDICE L. FIELDS
                                                          CANDICE L. FIELDS
                                                            Counsel for Defendant
                                                            HECTOR PEREZ

Dated:  August 16, 2025                    /s/ TAMARA SOLOMAN
                                                  TAMARA SOLOMON
                                                  Counsel for Defendant
                                                  FLAVIO PEREZ

Dated:  August 16, 2025                    ERIC A. GRANT
                                                  United States Attorney

                                                  /s/ MATT THUESEN
                                                  MATT THUESEN
                                                  Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3