ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr -146 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HECTOR PEREZ and FLAVIO PEREZ, | DATE: February 9, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

The United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on October 20, 2025, and time was excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2. The parties now jointly request that this Court continue the status conference currently scheduled for October 20, 2025, to **February 9, 2026, at 10:00 a.m.** The parties also request that this Court exclude time from October 20, 2025, through February 9, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has produced substantial discovery associated with this case that

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 includes investigative reports, financial records, and related documents in electronic form
2 totaling almost 25,000 pages. All this discovery has been either produced directly to counsel
3 and/or made available for inspection and copying.

       b) Counsel for defendants desire additional time to review the discovery, consult with their clients, review the current charges, and conduct investigation and research related to those charges.

       c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d) The government does not object to the continuance.

       e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act.

       f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2025, to February 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 15, 2025             ERIC GRANT
                                    United States Attorney

                                    /s/ MATTHEW THUESEN
                                    MATTHEW THUESEN
                                    Assistant United States Attorney

Dated: October 15, 2025             /s/ CANDICE L. FIELDS
                                    CANDICE L. FIELDS
                                    Counsel for Defendant
                                    HECTOR PEREZ

Dated: October 15, 2025             /s/ TAMARA L. SOLOMAN
                                    TAMARA L. SOLOMAN
                                    Counsel for Defendant
                                    FLAVIO PEREZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE