TAMARA SOLOMAN
LAW OFFICE OF TAMARA L. SOLOMAN, PC
901 H Street, Suite 400
Sacramento, CA 95814
Tel: (916) 712-8962
Email: solomanlaw@yahoo.com

Attorney for Defendant
Flavio Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLAVIO PEREZ,<br><br>Defendant. | Case No. 2:25-CR-146-WBS-2<br><br>**STIPULATION AND ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Matt Thuesen and defendant Flavio Perez ("Mr. Perez"), by and through counsel Tamara Soloman, hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a temporary modification of the pretrial release conditions set in ECF No. 11 as follows:

1. Mr. Perez is permitted to travel internationally in his capacity as head coach for youth soccer teams participating in two international tournaments.

2. The first tournament, the Portimão Cup 2025, will take place in Portimão, Portugal, from November 14–16, 2025.

3. The second tournament, the MFC Elite Cup U10/U11 2025, will take place in Gliwice, Poland, from November 21–23, 2025.

4. Mr. Perez will travel from November 12, 2025, through November 26, 2025, for the purposes of these tournaments.

5. Mr. Perez will be accompanied throughout by Carlos Ayala, the team's physical trainer and chaperone, who can be reached at +1 (209) 430-9502.

6. Mr. Perez's travel includes round-trip flights from San Francisco, California (SFO) to Lisbon, Portugal (LIS), onward travel to Katowice, Poland (KTW), and return to the United States. Detailed flight, lodging, and tournament schedules are attached as Exhibit A and have previously been provided to both Pretrial Services and the United States Attorney's Office.

7. Mr. Perez's passport shall be released by Pretrial Services on November 12, 2025, for the purpose of this travel, and shall be returned to Pretrial Services immediately upon his return to the United States and no later than November 27, 2025.

8. Mr. Perez will maintain regular communication with Pretrial Services via email or text during the trip as arranged in advance. While outside the United States, Mr. Perez shall: (a) provide confirmations (flight, lodging, and—upon request—meeting confirmations) to Pretrial Services and the government; (b) check in same-day by text/email at departure, arrival, and nightly by 9:00 PM local time during the trip; (c) enable phone location services and provide GPS screenshots upon request; (d) provide immediate notice to Pretrial Services of any itinerary change, delay, or emergency; (e) abide by all existing conditions, including no contact with co-defendants or witnesses.

9. Mr. Perez will remain subject to all other previously imposed conditions of pretrial release, which shall remain in full force and effect. The modified conditions will automatically revert when Mr. Perez returns to the United States.

10. A detailed itinerary, including all flight information, lodging, tournament schedules, and contact details, is attached hereto as Exhibit A and has been provided to Pretrial Services and the Assistant U.S. Attorney. Mr. Perez will update as required and necessary.

11. **Pretrial Services Position.** Pretrial Services has been consulted and takes no position regarding the requested temporary modification.

12. **Good Cause; No Prejudice.** Good cause exists for this limited accommodation given the business purpose and the potential positive impact on restitution noted above. This stipulation is without prejudice to any other party's rights or positions.

IT IS SO STIPULATED.

/ / /

Dated:  November 10, 2025          /s/ TAMARA SOLOMAN
                                   TAMARA SOLOMAN
                                   Counsel for Defendant
                                   Flavio Perez

Dated:  November 10, 2025          ERIC A. GRANT
                                   United States Attorney

                                   /s/ MATT THUESEN
                                   MATT THUESEN
                                   Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: November 12, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

**Travel Itinerary and Tournament Information**

**Purpose:** International Travel for Youth Soccer Coaching
Dates: November 10–26, 2025

### 1. Overview of Travel

Mr. Perez will serve as Head Coach for youth soccer teams participating in two tournaments:

- **Portimão Cup 2025** – Portimão, Portugal – November 14–16, 2025
- **MFC Elite Cup U10/U11 2025** – Gliwice, Poland – November 21–23, 2025

Mr. Perez will be accompanied by Carlos Ayala, Team Physical Trainer and Chaperone **(+1 209-430-9502).**

### 2. Flight Itineraries

| Date | Route | Airline / Flight | Notes |
| --- | --- | --- | --- |
| Nov 12, 2025 | San Francisco (SFO) → Lisbon (LIS) | TAP Air Portugal TP236 | Depart evening, arrive Nov 13 |
| Nov 18, 2025 | Lisbon (LIS) → Warsaw (WAW) → Katowice (KTW) | LOT Polish LO854 / LO3833 | Connect to Poland for second tournament |
| Nov 26, 2025 | Katowice (KTW) → Warsaw (WAW) → Lisbon (LIS) → San Francisco (SFO) | LOT Polish / TAP Portugal LO3834 / LO854 / TP235 | Return to U.S. |

### 3. Lodging

| Dates | Location | Hotel | Purpose |
| --- | --- | --- | --- |
| Nov 10–18, 2025 | Portimão, Portugal | Algarve Race Resort | Team lodging during Portimão Cup |
| Nov 19–26, 2025 | Gliwice, Poland | Qubus Hotel Gliwice | Team lodging during MFC Elite Cup |

### 4. Tournament Details

A. Portimão Cup 2025

- Dates: November 14–16, 2025
- Venue: Portimão Municipal Stadium and nearby fields, Algarve Region, Portugal
- Participants: International U14 and U15 youth soccer teams
- Organizer: Portimão Cup Committee

B. MFC Elite Cup U10/U11 2025

- Dates: November 22–23, 2025
- Venue: MFC Arena, Gliwice, Poland
- Participants: Elite youth clubs from Europe and North America
- Organizer: MFC Football Academy

### 5. Supervisory and Emergency Contacts

- Coach: Flavio Perez
- Team Trainer/Chaperone: Carlos Ayala (+1 209-430-9502)
- Tournament Coordinators:
    - Portimão Cup – contact via event office, Portimão Cup Committee, Algarve, Portugal
    - MFC Elite Cup – MFC Academy Coordinator, Gliwice, Poland
- Emergency Contact (U.S.): Will confirm with pretrial prior to departure

### 6. Passport & Pretrial Coordination

- Passport Release: November 12, 2025
- Return of Passport: Immediately upon return and no later than November 27, 2025
- Pretrial Communication: Mr. Perez will maintain text/email contact with his supervising officer throughout travel.

### 7. Notes

- Flight, lodging, and tournament confirmations have been provided to Pretrial Services and the United States Attorney's Office.
- All travel arrangements are through the youth soccer organization and comply with team insurance and chaperone policies.