TAMARA SOLOMAN
LAW OFFICE OF TAMARA L. SOLOMAN, PC
901 H Street, Suite 400
Sacramento, CA 95814
Tel: (916) 712-8962
Email: solomanlaw@yahoo.com

Attorney for Defendant
Flavio Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLAVIO PEREZ,<br><br>Defendant. | Case No.  2:25-CR-146-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Matt Thuesen and defendant Flavio Perez ("Mr. Perez"), by and through counsel Tamara Soloman, hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a temporary modification of the pretrial release conditions set in ECF No. 11 as follows:

1.    Mr. Perez is permitted to travel internationally in his capacity as head coach for youth soccer teams participating in one international tournaments.

2.    The tournament, the Portimão Cup 2026, will take place in Portimão, Portugal, from March 11-17, 2026.

3.     Mr. Perez will travel from March 11, 2026, through March 17, 2026, for the purposes of the tournaments

5.     Mr. Perez will be accompanied throughout by Carlos Ayala, the team's physical trainer and chaperone, who can be reached at +1 (209) 430-9502.

6.     Mr. Perez's travel includes round-trip flights from San Francisco, California (SFO) to Los Angels, then Newark  to Lisbon, Portugal (LIS) and return to the United States. Detailed flight, lodging, and tournament schedules are attached as Exhibit A and have previously been provided to both Pretrial Services and the United States Attorney's Office.

7.     Mr. Perez's passport shall be released by Pretrial Services on March 10, 2026, for the purpose of this travel, and shall be returned to Pretrial Services immediately upon his return to the United States and no later than March 18, 2026.

8.     Mr. Perez will maintain regular communication with Pretrial Services via email or text during the trip as arranged in advance.  While outside the United States, Mr. Perez shall: (a) provide confirmations (flight, lodging, and—upon request—meeting confirmations) to Pretrial Services and the government; (b) check in same-day by text/email at departure, arrival, and nightly by 9:00 PM local time during the trip; (c) enable phone location services and provide GPS screenshots upon request; (d) provide immediate notice to Pretrial Services of any itinerary change, delay, or emergency; (e) abide by all existing conditions, including no contact with co-defendants or witnesses.

9.     Mr. Perez will remain subject to all other previously imposed conditions of pretrial release, which shall remain in full force and effect.  The modified conditions will automatically revert when Mr. Perez returns to the United States.

10.    A detailed itinerary, including all flight information, lodging, tournament schedules, and contact details, is attached hereto as Exhibit A and has been provided to Pretrial Services and the Assistant U.S. Attorney.    Mr. Perez will update as required and necessary.

**11.**    Pretrial Services Position. Pretrial Services has been consulted and takes no position regarding the requested temporary modification.

**12.**    Good Cause; No Prejudice. Good cause exists for this limited accommodation given the business purpose and the potential positive impact on restitution noted above. This stipulation is without prejudice to any other party's rights or positions.

IT IS SO STIPULATED.

/ / /

Dated:  March 9,  2026                                   /s/ TAMARA SOLOMAN
                                                         TAMARA SOLOMAN
                                                         Counsel for Defendant
                                                         Flavio Perez


Dated:  March 9, 2026                                    ERIC A. GRANT
                                                         United States Attorney

                                                         /s/ MATT THUESEN
                                                         MATT THUESEN
                                                         Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 10th day of March, 2026

THE HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE