TAMARA SOLOMAN
LAW OFFICE OF TAMARA L. SOLOMAN, PC
901 H Street, Suite 400
Sacramento, CA 95814
Tel: (916) 712-8962
Email: solomanlaw@yahoo.com

Attorney for Defendant
Flavio Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLAVIO PEREZ,<br><br>Defendant. | Case No. 2:25-CR-146-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Matt Thuesen and defendant Flavio Perez ("Mr. Perez"), by and through counsel Tamara Soloman, hereby stipulate and agree, pursuant to 18 U.S.C. § 3142(c)(3) and L.R. 143, to a temporary modification of the pretrial release conditions set in ECF No. 11 as follows:

1.  Mr. Perez is permitted to travel to Dallas, Texas in his capacity as head coach for youth soccer teams participating in one tournaments.

2.  The tournament, the Dalas Cup Soccer Tournament, will take place in Portimão, Dallas, Texas, from March 29, 2026, to April 5, 2026.

3.    Mr. Perez will travel from March 28, 2026, through April 5, 2026, for the purpose of the tournament.

5.    Mr. Perez will be accompanied throughout by Carlos Ayala, the team's physical trainer and chaperone, who can be reached at +1 (209) 430-9502.

6.    Mr. Perez's travel includes round-trip flights from Ontario, California to Dallas, Texas. Detailed flight, lodging, and schedules have previously been provided to both Pretrial Services and the United States Attorney's Office.

7.    Mr. Perez's passport shall be released by Pretrial Services on March 27, 2026, for the purpose of this travel.  It is further requested that Mr. Perez be allowed to maintain possession of his passport upon his return to California so that he may obtain a Real ID through the Department of Motor Vehicles.   Mr. Perez will return the passport to Pretrial Services no later than April 8, 2026.

8.    Mr. Perez will maintain regular communication with Pretrial Services via email or text during the trip as arranged in advance.

9.    Mr. Perez will remain subject to all other previously imposed conditions of pretrial release, which shall remain in full force and effect.  The modified conditions will automatically revert when Mr. Perez returns.

10.    A detailed itinerary, including all flight information, lodging, tournament schedules, and contact details, has been provided to Pretrial Services and the Assistant U.S. Attorney.  Mr. Perez will update as required and necessary.

**11.** Pretrial Services Position. Pretrial Services has been consulted and agrees to the requested temporary modification.   They also join in the request for Mr. Perez to obtain a Real ID with the release of his passport.

**12.** Good Cause; No Prejudice. Good cause exists for this limited accommodation given the business purpose and the potential positive impact on restitution noted above. This stipulation is without prejudice to any other party's rights or positions.

IT IS SO STIPULATED.

Dated:  March  24,  2026                    /s/ TAMARA SOLOMAN
                                            TAMARA SOLOMAN
                                            Counsel for Defendant
                                            Flavio Perez

Dated:  March 24, 2026                      ERIC A. GRANT
                                            United States Attorney

                                            /s/ MATT THUESEN
                                            MATT THUESEN
                                            Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 24th day of March 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE