ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLAVIO PEREZ,<br><br>Defendant. | CASE NO. 2:25-cr -146-02 WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 13, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on July 13, 2026, and time was excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2. The parties now jointly request that this Court continue the status conference currently scheduled for July 13, 2026, to **September 21, 2026, at 10:00 a.m.** The parties also request that this Court exclude time from July 13, 2026, through September 21, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

a) The government has produced substantial discovery associated with this case that includes investigative reports, financial records, and related documents in electronic form

STIPULATION AND FINDINGS AND ORDER

1

totaling almost 25,000 pages. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the discovery, consult with her client, review the current charge, and conduct investigation and research related to that charge.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2026, to September 21, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND FINDINGS AND ORDER

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 7, 2026                                         ERIC GRANT
                                                            United States Attorney


                                                            /s/ MATTHEW THUESEN
                                                            MATTHEW THUESEN
                                                            Assistant United States Attorney


Dated:  July 7, 2026                                         /s/ TAMARA L. SOLOMAN
                                                            TAMARA L. SOLOMAN
                                                            Counsel for Defendant
                                                            FLAVIO PEREZ


### FINDINGS AND ORDER


        IT IS SO FOUND AND ORDERED.

Dated:  July 9, 2026


                                                            WILLIAM B. SHUBB
                                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND FINDINGS AND ORDER                          3