ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FLAVIO PEREZ,

Defendant.

CASE NO. 2:25-cr -146 WBS

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: November 9, 2026
TIME: 10:00 a.m.
COURT: Hon. William B. Shubb

The United States of America, by and through its counsel of record, and defendant, by and through defendant’s counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on November 9, 2026, and time has been excluded under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2. The parties now jointly request that this Court continue the status conference currently scheduled for November 9, 2026, to January 25, 2027, at 10:00 a.m. The parties also request that this Court exclude time from November 9, 2026, through January 25, 2027, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request the Court find, the following:

a) The government has produced substantial discovery associated with this case that

includes investigative reports, financial records, and related documents in electronic form totaling almost 25,000 pages. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery, consult with her client, review the current charge, and conduct investigation and research related to that charge.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2026, to January 25, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 3, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 3, 2026

/s/ TAMARA L. SOLOMAN
TAMARA L. SOLOMAN
Counsel for Defendant
FLAVIO PEREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE